**UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Yolanda Bradford
   *Plaintiff(s),*

v.                                                                            Case No. 4:21–cv–01051

FBCS, Inc.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING: **Initial Conference**

DATE:   **7/1/2021**

TIME:   **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**Nathan Ochsner, Clerk**                                                         Date: June 11, 2021

By Deputy Clerk, A. Rivera